**BRUCE A. BLAKEMAN**
County Executive



**THOMAS A. ADAMS**
County Attorney

## COUNTY OF NASSAU
### OFFICE OF THE COUNTY ATTORNEY

December 19, 2025

**VIA NYSCEF**
Honorable Judge Steven Tiscione
United States District Judge
Eastern Distrct of New York
100 Federal Plaza
Central Islip, NY 11722

Re: Carre v. County of Nassau et al., Docket No. **2:25-cv-00087-GRB-ST**

Dear Judge Tiscione,

Please be advised that the following attorneys are no longer with the Litigation & Appeals Bureau of Office of the Nassau County Attorney:

**John Carnevale**

As such, we respectfully request that the Court terminate their representation on the docket.

We appreciate the Court's time and attention toward this matter.

Respectfully submitted,

*Steven Dalton*

Steven Dalton, Esq.
Deputy County Attorney