# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | July 14, 2026 |
| TIME: | 2:30 p.m. |
| DOCKET NUMBER(S): | 25cv87-GRB-ST |
| NAME OF CASE(S): | Carre v. County of Nassau et al |
| FOR PLAINTIFF(S): | Panetta |
| FOR DEFENDANT(S): | Sansone, Dalton |
| NEXT CONFERENCE(S): | |
| FTR/COURT REPORTER: | Not Recorded. |

RULINGS FROM Settlement Conference :

Settlement discussions were held but the parties were unable to reach a disposition at this time. Parties will continue with discovery and advise the Court when a further settlement conference would be productive. Plaintiff's Second MOTION for Sanctions OR DISCOVERY [40] is granted in part and denied in part. Defendants are ordered to produce the surveillance video and investigative file or produce a sworn affidavit verifying that the surveillance video never existed and that there was never any investigation conducted into the alleged incident. Sanctions for spoliation are not warranted given the current record but Plaintiff can renew that aspect of the motion if it becomes clear that the surveillance video and/or investigative file did exist at some point but were lost or destroyed.