**BRUCE A. BLAKEMAN**
**County Executive**

**THOMAS A. ADAMS**
**County Attorney**

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**

October 2, 2026

**VIA ECF**
Hon. Steven Tiscione
United States Magistrate Judge
Eastern Distrct of New York
Central Islip, New York

Re: Carre v. County of Nassau et al
**2:25-cv-00087-ST**

Dear Judge Tiscione,

The undersigned writes to provide the Court with a joint status report. The parties completed the plaintiff's deposition and continue to be in contact in efforts to move the case forward. Plaintiff's counsel is recovery from a medical procedure, but both the undersigned and Mr. Sansone have been in touch with Mr. Panetta's paralegal. Further depositions will be scheduled and held in short order. Additionally, representation of Nassau County in this matter is being transferred to outside counsel, and new counsel should be filing the appropriate notice of appearance shortly.

Respectfully submitted,

*Steven V. Dalton*
Steven V. Dalton, Esq.
Deputy County Attorney

cc: Counsel of Record (via ECF)

**ONE WEST STREET – MINEOLA, NEW YORK 11501-4820**
**516-571-3056, FAX 516-571-6684**