LAW OFFICES OF

# PANETTA AMINOV, PC

250 CARLETON AVE.
EAST ISLIP, NY 11730

TEL: 631-446-4411
FAX: 631-446-4477

October 5, 2026

Hon. Steven L. Tiscione
United States District Court Eastern District of New York
100 Federal Plaza
Courtroom 910
Central Islip, NY 11722

Re: Case Name: Carre, Handhel v. County of Nassau, et al., 2:2025 cv 00087
Date of Injury: 10/14/2023
Our File No.: 2:25 cv 00087

To the Honorable Steven L. Tiscione:

Your undersigned represents the Plaintiff, a handicapped person, in the above matter.

Your Honor directed a status letter to be submitted on or before October 2, 2026, however, please be advised that Plaintiff attempted to do so, and reached out to the parties to that end. In addition, your undersigned had a surgery on 9/28/26 and was still hospitalized on October 2, 2026. In spite of said surgery and concomitant hospital stay, this firm reached out to comply with the court's directive. Mr. Sansone timely responded from Spain. However, Nassau County, County Attorney Steve Dalton sent a one-line email missive that he was no longer on this case but he'd let us know the incoming attorney's name; he did not.

On July 14, 2026, the Defendants were directed by this court to produce the surveillance video and investigative file or to produce a sworn affidavit verifying that the surveillance video never existed and that there was never any investigation conducted into the alleged incident (which is impossible in light of the injury and complaints). The aforementioned remains outstanding.

***The deposition of the Plaintiff took place on September 16, 2026. Defendants are to serve Post-Deposition demands within 45 days. In my opinion, the Plaintiff did exceptionally well and was well-spoken and very cohesive, testifying better than my clients that have no handicaps.***

NUMC proposes the dates of 10/29/26 and 11/6/26 for their witness' deposition. depending on witness availability.

Dates for the deposition of Nassau County and Nassau County Corrections have not yet been scheduled or proposed. The County of Nassau is on their sixth or seventh attorney. We do not know who the attorney is currently.

I am currently not cleared to drive or travel. However, I am available via telephone at 516-398-2714.

Thank you for your time and consideration in this matter.

Very truly yours,
PANETTA AMINOV, PC

FRANK C. PANETTA, ESQ.

Cc:

Alexander Sansone, Esq.
asan541459@msn.com

Steven Dalton, Esq.
Sdalton@nassaucountyny.gov